JENNER & BLOCK LLP
Kenneth K. Lee (SBN )
klee@jenner.com
Daniel D. Welsh (SBN )
dwelsh@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Phone:      (213) 239-5100
Facsimile: (213) 239-5199

JENNER & BLOCK LLP
Dean N. Panos (to apply *pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone:      (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant
OnStar, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN M. ROBINSON, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>ONSTAR, LLC and DOES 1 through 50<br><br>                              Defendant. | Case No. 3:15-cv-01731-WQH-BGS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(1) AND TO COMPEL ARBITRATION**<br><br>[Memorandum of Points and Authorities, Declaration of Nicholis S. Festa, Request for Judicial Notice, and Proposed Order filed concurrently herewith]<br><br>Hearing Date:  November 9, 2015<br>Judge: Honorable William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1       PLEASE TAKE NOTICE that on November 9, 2015, or as soon thereafter as the Court is available, Defendant OnStar LLC will and hereby does move the Court to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) on the grounds that the parties' dispute is subject to an enforceable arbitration agreement.

      OnStar's Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Nicholis S. Festa, the Request for Judicial Notice, any additional briefing on this subject, and any additional the evidence and arguments that will be presented to the Court.

Dated:  September 11, 2015            JENNER & BLOCK LLP

                                              By:     /s/ Kenneth K. Lee
                                                          KENNETH K. LEE

                                          Attorneys for Defendant
                                          OnStar, LLC