UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN M. ROBINSON, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ONSTAR, LLC; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 15-CV-1731 TWR (DEB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** <br><br> (ECF No. 237) |

Presently before the Court is the Parties' Joint Motion to Dismiss With Prejudice ("Joint Mot.," ECF No. 237). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated, the Court **DISMISSES WITH PREJUDICE** this action in its entirety, with each Party to bear its own expenses, fees, and costs.

**IT IS SO ORDERED.**

Dated: August 18, 2021

_____

Honorable Todd W. Robinson
United States District Judge

1

15-CV-1731 TWR (DEB)